2

United States District Court
Southern District of Texas
FILED

# WAIVER OF SERVICE OF SUMMONS

JUN 2 2 2000

Michael N. Milby
Clerk of Court

TO: Heriberto 'Eddie' Medrano        CAB-00-68

I acknowledge receipt of your request that I waive service of summons in the action of Roberto L. Lozano vs. Wayne Beneke, Individually and As A Partner of Long, Chilton, Payte and Hardin, L.L.P, and Long, Chilton, Payte and Hardin, L.L.P., which is case number B-00-068 in the United States District Court for the Southern District of Texas, Brownsville Division.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after (date request was sent).

Date: 6-9-00          Signature _____
                              On behalf of Wayne Beneke,
                              Individually and As A Partner
                              of Long, Chilton, Payte and
                              Hardin, L.L.P

ORIGINAL