# WAIVER OF SERVICE OF SUMMONS

United States District Court
Southern District of Texas
FILED

JUN 2 2 2000

Michael N. Milby
Clerk of Court

TO: Heriberto 'Eddie' Medrano

CAB-00-68

     I acknowledge receipt of your request that I waive service of summons in the action of Roberto L. Lozano vs. Wayne Beneke, Individually and As A Partner of Long, Chilton, Payte and Hardin, L.L.P, and Long, Chilton, Payte and Hardin, L.L.P., which is case number B-00-068 in the United States District Court for the Southern District of Texas, Brownsville Division.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

     I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

     I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

     I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after (date request was sent).

Date: 6/9/00

Signature _____

On behalf of Long, Chilton, Payte and Hardin, L.L.P