# United States District Court
## Southern District of Texas

**Filemon B. Vela**
Senior Judge

600 E. Harrison Street, #305
Brownsville, Texas 78520-7114
(956) 548-2595
Fax (956) 548-2684

*7:ce! S*

August 2, 2000

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Re: B-00-68
LOZANO vs. BENEKE

Mr. Heriberto Medrano
Attorney at Law
1101 W. Tyler Street
Harlingen, Texas 78550

Mr. Richard J. Reynolds, III
THORNTON, SUMMERS, BIECHLIN,
  DUNHAM & BROWN
10100 Reunion Place, St. 300
San Antonio, Texas 78216

Counselors:

    Please take notice that this case has been assigned by U. S. District Judge Filemon B. Vela to the undersigned U. S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and General Order No. 80-5 of the United States District Court for the Southern District of Texas.

    Counsels' attention is directed to the provision of 28 U.S.C. § 636(c)(1) which provide that the undersigned may, with the consent of all parties, conduct all further proceedings including trial and judgment. A form on which counsel can indicate consent is enclosed.

    If **ALL** parties consent please sign the consent form and return it to the clerk's office. DO NOT RETURN THIS FORM UNLESS IT HAS BEEN SIGNED BY ALL PARTIES.

    YOU ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.

    An initial pretrial conference is set for **August 29, 2000 at 2:00 P.M.** before the Honorable Felix in Brownsville, Texas (conference may be held telephonically if requested and all parties are in agreement and Court is notified in advance) at which time dates will be set for:

1. Discovery deadline;

2. Conduct of the case including additional pretrial conferences, and hearings on motions;

3.  Filing a Joint Pretrial Order which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas;

4.  A final pretrial and settlement conference; and

5.  A trial on the merits.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, Counsel shall comply fully with Rule 7 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:

> "contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 7.1(D).

Very truly yours,

Filemon B. Vela

FBV:mfg

cc:  Honorable Felix Recio
     United States Magistrate Judge