# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

AUG 3 0 2000

Michael N. Milby
Clerk of Court

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Law Clerk:     Jessica R Darte

Date:          Aug 29, 2000, 2:00 pm

---

## C.A. NO. B00-068 (FBV)

---

| | | |
|---|---|---|
| ROBERTO L LOZANO | * | Heriberto (Eddie) Medrano |
| VS | | |
| WAYNE BENEKE, Individually and As a Partner of LONG, CHILTON, PAYTE AND HARDIN, L.L.P.; and | * | Richard J Reynolds, III |
| LONG, CHILTON, PAYTE AND HARDIN, L.L.P. | * | |

---

## TELEPHONIC INITIAL PRETRIAL CONFERENCE

Telephonic conference held with attorneys Medrano and Reynolds.

Defendants' oral Motion to Stay Discovery until after November 6, 2000, GRANTED.

Plaintiff's oral Motion for Continuance, to allow him to delay filing an answer to Defendants' Motion for Summary Judgment, until some time after November 6, 2000, GRANTED.

Another telephonic conference is set for November 6, 2000, 2 p.m.