

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

ROBERTO L. LOZANO      §
§
§
v.      §      CIVIL ACTION NO. B-00-068
§
§
WAYNE BENEKE, ET AL      §

## AGREED ORDER

Pursuant to an agreement between the parties, arrived at during a telephonic initial pretrial conference, on this day of August 29, 2000, the following orders do hereby issue from this court.

1.      Defendants' oral Motion to Stay Discovery until after November 6, 2000, is GRANTED.

2.      Plaintiff's oral Motion for Continuance, to allow Plaintiff to delay filing his answer to the Defendants' Motion for Summary Judgment, until some time after November 6, 2000, is GRANTED.

3.      The parties are to reconvene in this court for a second telephonic pretrial conference at 2:00 p.m on November 6, 2000. During this conference the parties will discuss any remaining discovery issues so that a scheduling order may be issued. At this time, a new deadline for Plaintiff's response to the Defendants' Motion for Summary Judgment shall be set.

DONE in Brownsville, Texas this 29th day of August, 2000.

_____

Felix Recio
United States Magistrate Judge