*10*

0323/28629R.R.R/sc 9/26/0
motion to compel

United States District Court
Southern District of Texas
FILED

OCT 0 2 2000

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

ROBERTO L. LOZANO                          §
                                           §
V.                                         §
                                           §
WAYNE BENEKE, INDIVIDUALLY AND             §      CIVIL ACTION NO.
AS A PARTNER OF LONG, CHILTON,             §           B-00-068
PAYTE AND HARDIN, L.L.P.; AND              §
LONG, CHILTON, PAYTE AND                   §
HARDIN, L.L.P.                             §

## DEFENDANTS' MOTION TO COMPEL PAYMENT FOR DOCUMENTS COPIED IN

## ORDER TO BE PROVIDED TO PLAINTIFF PURSUANT TO RULE 26(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

Now come **WAYNE BENEKE, Individually, and as Partner of LONG, CHILTON,**

**PAYTE & HARDIN, L.L.P.,** and **LONG, CHILTON, PAYTE & HARDIN, L.L.P.,** Defendants

in the above styled and numbered cause, and make and file this their Motion to Compel Payment For

Documents Copied in Order to be Provided to Plaintiff Pursuant to Rule 26(a)(1) of the FEDERAL

RULES OF CIVIL PROCEDURE, and in support thereof would show unto the Court as follows:

1.      At a conference held on or about the July 26, 2000, as per Rule 26(a)(1) of the FEDERAL

RULES OF CIVIL PROCEDURE, Defendants agreed to bate stamp for identification, copy and produce

documents which might contain information concerning the disputed facts in the above referenced

cause. In support thereof, please see Exhibit 1 attached hereto and incorporated by reference as if

fully set forth herein. On or about July 28, 2000, Plaintiff's attorney of record forwarded a

correspondence indicating his acceptance of this arrangement. Said correspondence is attached

hereto as Exhibit 2 and is incorporated by reference as if fully set forth herein.

2.      As per its obligations under Rule 26(a)(1) and its agreement with Plaintiff.  Defendant had numerous documents bates stamped and copied for Plaintiff's benfit.  On or about August 11, 2000, Defendants informed Plaintiff that said documents were ready for delivery pending payment of copying and shipping fees.  In support thereof, please see the correspondence  attached hereto as Exhibit 3 and incorporated by reference as if fully set forth herein.  Defendants received no reply.  As indicated by the invoices attached to Defendants' correspondence dated August 11, 2000, total charges for these services were two thousand eight hundred and sixty-eight dollars and sixteen cents ($2,868.16).

3.      On or about September 18, 200, Defendant forwarded an additional correspondence to Plaintiff reminding Plaintiff that they had still not received payment for the bate stamped copies of the documents produced as per their agreement and Rule 26(a)(1).  In that regard, please see Exhibit 4 attached hereto and incorporated by reference as if fully set forth herein.  This letter was followed up by a phone call.  To date, Defendants have received no response.

4.      As indicated by the attached Exhibits, Defendants have attempted to resolve this dispute without the need for court intervention.  Unfortunately, Defendants have received no reply from Plaintiff.  As such, Defendants must assume that counsel cannot agree about the disposition of the matter.

WHEREFORE, PREMISES CONSIDERED, Defendants pray the Court grant its Motion to Compel and order Plaintiff to remit the sum of two thousand eight hundred and sixty-eight dollars and sixteen cents ($2,868.16) to Defendants as reimbursement for the bate stamped and copied documents obtained for Plaintiff's benefit pursuant to an agreement between Plaintiff and Defendants and Rule 26(a)(1) of the FEDERAL RULES OF PROCEDURE, and such other and further relief, both at law and in equity, to which these Defendants may show themselves to be justly entitled.

Respectfully submitted,

THORNTON, SUMMERS, BIECHLIN,
    DUNHAM & BROWN, L.C.
Airport Center - Suite 300
10100 Reunion Place
San Antonio, Texas 78216-4186
Telephone: (210) 342-5555
Facsimile: (210) 525-0666


BY:

Richard J. Reynolds, III
State Bar No. 16803800
Attorneys for Defendants
**WAYNE BENEKE AND LONG,
CHILTON, PAYTE & HARDIN, L.L.P.**


## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been properly delivered pursuant to the Federal Rules of Civil Procedure, on the _27th_ day of _September_, 2000, to the following counsel of record:

Mr. Heriberto "Eddie" Medrano
HERIBERTO "EDDIE" MEDRANO LAW OFFICES
1101 West Tyler
Harlingen, Texas 78550


Richard J. Reynolds, III

# DEFENDANTS' MOTION TO COMPEL
# EXHIBIT 1

CVisPDF – www.fasiso.com



# THORNTON, SUMMERS, BIEHLIN
## DUNHAM & BROWN, L.C.

### ATTORNEYS AT LAW

Richard J. Reynolds, III

Writer's direct e-mail address:
r.reynolds@thorntonsummers.com

AIRPORT CENTER - SUITE 300
10100 REUNION PLACE
SAN ANTONIO, TEXAS 78216-4186
(210) 342-5555
FAX (210) 525-0666

AUSTIN

CORPUS CHRISTI

RIO GRANDE VALLEY

July 26, 2000

Mr. Heriberto "Eddie" Medrano
HERIBERTO "EDDIE" MEDRANO LAW OFFICES
1101 West Tyler
Harlingen, Texas 78550

RE:   Civil Action No. B-00-068
Roberto Lozano
v.
Wayne Beneke
Our File #3212/28629 RJR

Dear Eddie,

With reference to the above, and as a follow-up to our conference, I have determined that my client can recreate some of its former files from its computer system. I think that that will take longer than the ten (10) days that we had discussed. Based on my conversations with my client, I think that I should be in a position to have those documents produced, bates stamped for identification, and delivered to you within twenty-one (21) days. Please let me know if that is acceptable.

Additionally, we have spoken with Larry Walsh. Mr. Walsh has indicated that he will be getting the Long, Chilton files which he had previously subpoenaed together and will be having those delivered to me as quickly as is practically possible for him. Once I have received them, I will have them bates stamped for identification and will make them available to you for inspection and/or reproduction. The timing on that is, of course, dependent on Mr. Walsh's returning those documents to me, however, I do not anticipate that there will be a great deal of delay. I am hopeful that I will be able to produce those documents for you sometime in the next twenty-one (21) to thirty (30) days.

Mr. Heriberto "Eddie" Medrano
July 26, 2000
Page 2


If all of this is acceptable to you please let me know.

Very truly yours,

THORNTON, SUMMERS, BIECHLIN
DUNHAM & BROWN, L.C.

BY _____

Richard J. Reynolds, III

RJR/mcj

# DEFENDANTS' MOTION TO COMPEL
# EXHIBIT 2

Ch&PDF – www.fastio.com

Case 1:00-cv-00068   Document 10   Filed in TXSD on 10/02/2000   Page 8 of 21

3212·28629

# Heriberto 'Eddie' Medrano
**Law Offices**

1101 West Tyler St.
Harlingen, Texas 78550

Tel. (956) 428-2412
Fax (956) 428-2495

July 28, 2000

Hector A. Casas - Associate

Mr. Richard J. Reynolds, III
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
Airport center – Suite 300
10100 Reunion Place
San Antonio, Texas 78216-4186

**RECEIVED**

**JUL 28 2000**

Re:    Roberto Lozano vs. Wayne Beneke and Long, Chilton, Payte & Hardin
       Federal District Court – Civil Action No. B-00-068
       Summary of Meeting of Parties as per FRCP 26

Dear Richard,

As per our meeting this past Wednesday, July 26, 2000 at my office, we agreed to do the following:

1. Both sides will attempt to provide each other copies of all documents subject to production as "initial disclosures" as defined by FRCP 26(a)(1) within thirty (30) days of the meeting (as per your follow-up letter of July 26, 2000).

2. You will provide me a copy of all insurance coverage policies available to cover this suit. (Hopefully within ten days).

3. You will provide me a "draft" copy of your Motion for Summary Judgment and allow me at least twenty-one (21) days after receipt of same to determine if we are in agreement with same or not before you file it.

4. Both sides agree that, subject to a Court ruling on any Motions for Summary Judgment, we will stay any other discovery and depositions. This stay, however, does not apply to the documents to be produced as stated in paragraph #1 above, nor does it apply to any discovery or depositions necessary to present or respond to any Motions For Summary Judgment.

5. Both sides discussed fully the nature and basis of Plaintiff's claims as well as the defenses, including affirmative defenses, raised by your clients.

6. Both sides agreed to stay proposing a discovery plan at this time until the initial disclosures are made (within 30 days) and until, if necessary, the Court ruling on any Motions for Summary Judgment.

If these six paragraphs correctly state all our agreements ~~reached at~~ the Meeting of Parties, please sign your name on the space indicated.

Sincerely,

Heriberto 'Eddie' Medrano
Attorney for Roberto Lozano

The six numbered paragraphs correctly state all agreements made by both Plaintiff and Defendants at the Meeting of Parties.

Richard J. Reynolds, III
Attorney for Defendants Wayne Beneke
and Long, Chilton, Payte & Hardin, CPA

# DEFENDANTS' MOTION TO COMPEL
# EXHIBIT 3

CVISPDF – www.fesisi.com

# THORNTON, SUMMERS, BIECHLIN
# DUNHAM & BROWN, L.C.

### ATTORNEYS AT LAW

Richard J. Reynolds, III

Writer's direct e-mail address:
r.reynolds@thorntonsummers.com

AIRPORT CENTER - SUITE 300
10100 REUNION PLACE
SAN ANTONIO, TEXAS 78216-4186
(210) 342-5555
FAX (210) 525-0666

AUSTIN

CORPUS CHRISTI

RIO GRANDE VALLEY

August 11, 2000

Mr. Heriberto "Eddie" Medrano                                    **VIA FACSIMILE**
HERIBERTO "EDDIE" MEDRANO LAW OFFICES
1101 West Tyler
Harlingen, Texas 78550

RE:   Civil Action No. B-00-068
       Roberto Lozano
       v.
       Wayne Beneke
       Our File #3212/28629 RJR

Dear Mr. Medrano:

With reference to the above, I now have obtained the documents from my client and Larry Walsh. I am enclosing at this time invoices for the copying of these documents as follows:

1.     Documents subpoenaed by Larry Walsh (bates numbers LCPH SUB 00001 through LCPH SUB 1475); Invoice SAN026478 in the amount of $2,457.65;

2.     Documents provided by Larry Walsh (bates numbers LCPH LW 00001 - LCPH LW 00346); Invoice SAN026358 in the amount of $70.83; and

3.     Documents obtained from my client (bates numbers LCPH 00001 - 02343); Invoice SAN028509 in the amount of $339.68.

Once I have received you payment for the above invoices I will ship the documents to you. Additionally, please let me know how you would liked these seven bankers boxes of documents shipped and how you wish to pay for the shipping.



Mr. Heriberto "Eddie" Medrano
August 14, 2000
Page 2

Looking forward to hearing from you and with regards I remain

Very truly yours,

THORNTON, SUMMERS, BIECHLIN
  DUNHAM & BROWN, L.C.

BY_____
     Richard J. Reynolds, III

RJR/mcj
Enclosure



**Office Solutions**

# Document Services

Phone:(210) 224-2679      Fax:(210) 224-8996

Federal ID #:230334400          **TERMS: Net 10 Days**

| | |
|---|---|
| **Invoice #** | SAN026478 |
| **Invoice Date** | 08/11/2000 |
| **Due Date** | 08/21/2000 |
| **Customer #** | SAN-THO7 |
| **Order #** | 00080215 |

**SOLD TO:**

**THORNTON,SUMMERS ETAL**
**10100 REUNION PLACE**
**STE. 300**
**SAN ANTONIO,TX 78216-0000**

**SHIP TO:**

**THORNTON,SUMMERS ETAL**
**10100 REUNION PLACE**
**STE. 300**
**SAN ANTONIO,TX 78216-0000**

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 08/03/2000 | MELISSA ELAM | 21~~HS20096~~ 52.12.28.29 | Herb Quiel |
| Reference 2 | | Reference 3 | |

| Description | | Quantity | | Extension |
|---|---|---|---|---|
| 566 | LIGHT LITIGATION | 191 | .15 | 28.65 |
| 567 | MEDIUM LITIGATION | 2068 | .15 | 310.20 |
| 568 | HEAVY LITIGATION | 7073 | .15 | 1060.95 |
| 569 | GLASSWORK | 4934 | .15 | 740.10 |
| 570 | HEAVY GLASSWORK | 466 | .15 | 69.90 |
| 642 | OVERSIZE | 61 | 1.06 | 64.58 |
| 1002 | OVERSIZE 11"X17" | 13 | .50 | 6.50 |
| 362 | BINDER CLIPS SMALL | 6 | | |
| 363 | BINDER CLIPS MED. | 15 | | |

*Bates# (LCPH SUB 00001 - 14745)*

Thank You for Using IKON Document Services

| | |
|---|---|
| **Taxable Sales:** | 2280.88 |
| **Sales Tax:** | 176.77 |
| **Non-Taxable:** | 0.00 |
| **Postage:** | 0.00 |
| **Delivery:** | 0.00 |

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

**PAY THIS AMOUNT:**       2457.65

Received and approved by: _____   Date: _____

> **Please pay from this copy.  The party named on this bill is held responsible for payment**

Payment From:

THORNTON,SUMMERS ETAL
10100 REUNION PLACE
STE. 300
SAN ANTONIO,TX 78216-0000

| **Amount Enclosed** |
|---|
| $ |

**Invoice**    **SAN026478**

| | |
|---|---|
| **Invoice Date** | 08/11/2000 |
| **Customer #** | SAN-THO7 |
| **Order #** | 00080215 |

Please Remit to:

IKON Document Services
P. O. Box 202
San Antonio,TX 78291-0202

**PAY THIS AMOUNT:**       2457.65

09:00:21    08/11/2000



# INVOICE   Page   1

| Invoice # | SAN026358 |
|---|---|
| Invoice Date | 08/04/2000 |
| Due Date | 08/14/2000 |
| Customer # | SAN-THO7 |
| Order # | 00080080 |

## Document Services

Phone:(210) 224-2679     Fax:(210) 224-8996

Federal ID #:230334400

**TERMS:  Net 10 Days**

**SOLD TO:**
THORNTON,SUMMERS ETAL
10100 REUNION PLACE
STE. 300
SAN ANTONIO,TX 78216-0000

**SHIP TO:**
THORNTON,SUMMERS ETAL
10100 REUNION PLACE
STE. 300
SAN ANTONIO,TX 78216-0000

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 08/03/2000 | MELISSA ELAM | ~~████~~ 3212/2829 | Herb Quiel |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | | Extension |
|---|---|---|---|---|
| 667 | MEDIUM LITIGATION | 346 | .13 | 44.98 |
| 672 | BATES LABELING | 346 | .05 | 20.76 |
| | (LCPH LW 00001  THRU LCPH LW 00346) | | | |

Thank You for Using IKON Document Services

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED.  THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS.  ALL INVOICES ARE DUE UPON RECEIPT.  INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 65.74 |
|---|---|
| Sales Tax: | 5.09 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **70.83** |

Received and approved by: _mae_          Date: _08/08/00_

> Please pay from this copy.  The party named on this bill is held responsible for payment

Payment From:
THORNTON,SUMMERS ETAL
10100 REUNION PLACE
STE. 300
SAN ANTONIO,TX 78216-0000

| Amount Enclosed |
|---|
| $ |

**Invoice**   SAN026358

| Invoice Date | 08/04/2000 |
|---|---|
| Customer # | SAN-THO7 |
| Order # | 00080080 |

Please Remit to:
**IKON Document Services**
P. O. Box 202
San Antonio,TX 78291-0202

**PAY THIS AMOUNT:**          70.83

11:51:39   08/04/2000



**Office Solutions™**

## Document Services

Phone:(210) 224-2679     Fax:(210) 224-8996

Federal ID #:230334400

**TERMS: Net 10 Days**

| INVOICE | Page | 1 |
|---------|------|---|

| | |
|---|---|
| **Invoice #** | SAN026509 |
| **Invoice Date** | 08/14/2000 |
| **Due Date** | 08/24/2000 |
| **Customer #** | SAN-THO7 |
| **Order #** | 00080255 |

**SOLD TO:**
THORNTON,SUMMERS ETAL
10100 REUNION PLACE
STE. 300
SAN ANTONIO,TX 78216-0000

**SHIP TO:**
THORNTON,SUMMERS ETAL
10100 REUNION PLACE
STE. 300
SAN ANTONIO,TX 78216-0000

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 08/14/2000 | MELISSA JOHNSON | 3212-26629 | Herb Quiel |

| Reference 2 | | Reference 3 | |
|---|---|---|---|

| Description | Quantity | | Extension |
|---|---|---|---|
| LIGHT LITIGATION | 823 | .10 | 82.30 |
| MEDIUM LITIGATION | 598 | .13 | 77.74 |
| HEAVY LITIGATION | 913 | .17 | 155.21 |

Thank You for Using IKON Document Services

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| **Taxable Sales:** | 315.25 |
| **Sales Tax:** | 24.43 |
| **Non-Taxable:** | 0.00 |
| **Postage:** | 0.00 |
| **Delivery:** | 0.00 |
| **PAY THIS AMOUNT:** | 339.68 |

Received and approved by: _____     Date: _____

> Please pay from this copy. The party named on this bill is held responsible for payment

Payment From:
THORNTON,SUMMERS ETAL
10100 REUNION PLACE
STE. 300
SAN ANTONIO,TX 78216-0000

| Amount Enclosed |
|---|
| $ |

**Invoice**     SAN026509

| | |
|---|---|
| **Invoice Date** | 08/14/2000 |
| **Customer #** | SAN-THO7 |
| **Order #** | 00080255 |

Please Remit to:
IKON Document Services
P. O. Box 202
San Antonio,TX 78291-0202

**PAY THIS AMOUNT:**     339.68

# THORNTON, SUMMERS, BIECHLIN
# DUNHAM & BROWN, L.C.

**ATTORNEYS AT LAW**

Richard J. Reynolds, III

Writer's direct e-mail address:
r.reynolds@thorntonsummers.com

AIRPORT CENTER - SUITE 300
10100 REUNION PLACE
SAN ANTONIO, TEXAS 78216-4186
(210) 342-5555
FAX (210) 525-0666

AUSTIN

CORPUS CHRISTI

RIO GRANDE VALLEY

*2nd Attempt.*

*8|15 8:40am*

## FAX TRANSMITTAL SHEET

DATE: August 14, 2000 (5:40pm)

FROM: Richard J. Reynolds III    OUR FILE NO.: 3212/28629 RJR

RE:  Civil Action No. B-00-068
     Roberto Lozano
     v.
     Wayne Beneke

NUMBER OF PAGES INCLUDING THIS COVER SHEET: 10

TO: Heriberto "Eddie" Medrano    FAX #: (956) 428-2495

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS FAX TRANSMISSION IS BEING SENT FROM A CANON CFX6000. OUR FAX NUMBER IS (210) 525-0666. IF YOU HAVE ANY DIFFICULTY RECEIVING THIS FAX INFORMATION, PLEASE CALL SENDER, Melissa AT (210) 342-5555, EXTENSION 329.

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INTENDED RECIPIENT. BOTH THE INDIVIDUAL OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT AND THE INTENDED RECIPIENT ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OF COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO THIS OFFICE AT THE ABOVE LISTED ADDRESS VIA THE U.S. POSTAL SERVICE.
THANK YOU.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMMENTS:    ORIGINAL WILL FOLLOW:_____

ORIGINAL WILL **NOT** FOLLOW: X_____

* * * TRANSMISSION RESULT REPORT ( AUG.15.20  9:41AM ) * * *

TTI   THORNTON & SUMMERS

| | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|---|---|---|---|---|---|---|---|---|
| AUG.15. | 8:38AM | 19564282495 | TES | 2'21" | P. 6 | OK | | 990 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|
| # : | BATCH | C : | CONFIDENTIAL | $ : | TRANSFER | P : | POLLING |
| M : | MEMORY | L : | SEND LATER | @ : | FORWARDING | E : | ECM |
| S : | STANDARD | D : | DETAIL | F : | FINE | > : | REDUCTION |
| * : | PC | % : | PC DIRECT | | | | |

# DEFENDANTS' MOTION TO COMPEL
# EXHIBIT 4

CVISPDF – www.fastio.com

# THORNTON, SUMMERS, BIECHLIN DUNHAM & BROWN, L.C.

**FILE COPY**

### ATTORNEYS AT LAW

Scott A. Carlson

Writer's direct e-mail address:
s.carlson@thorntonsummers.com

AIRPORT CENTER - SUITE 300
10100 REUNION PLACE
SAN ANTONIO, TEXAS 78216-4186
(210) 342-5555
FAX (210) 525-0666

AUSTIN

CORPUS CHRISTI

RIO GRANDE VALLEY

September 18, 2000

Mr. Heriberto "Eddie" Medrano
HERIBERTO "EDDIE" MEDRANO LAW OFFICES
1101 West Tyler
Harlingen, Texas 78550

> RE:   Civil Action No. B-00-068
> Roberto Lozano
> v.
> Wayne Beneke
> Our File #3212/28629 RJR/SAC

Dear Mr. Medrano:

This is a follow-up to our correspondence dated August 11, 2000. In that regard, we still have not received payment for the following documents:

1. Documents subpoenaed by Larry Walsh (bates numbers LCPH SUB 00001 through LCPH SUB 1475); Invoice SAN026478 in the amount of $2,457.65;

2. Documents provided by Larry Walsh (bates numbers LCPH LW 00001 - LCPH LW 00346); Invoice SAN026358 in the amount of $70.83; and

3. Documents obtained from my client (bates numbers LCPH 00001 - 02343); Invoice SAN028509 in the amount of $339.68.

Once I have received your payment for the above invoices I will ship the documents to you. Additionally, please let me know how you would liked these seven bankers boxes of documents shipped and how you wish to pay for the shipping.

Looking forward to hearing from you and with regards I remain

Very truly yours,

THORNTON, SUMMERS, BIECHLIN
    DUNHAM & BROWN, L.C.

BY _____

    Scott A. Carlson

SAC/me
Attyltr.015

STATE OF TEXAS            §
                          §
COUNTY OF BEXAR           §

Before me the under signed notary public, on this day, personally appeared RICHARD J. REYNOLDS, III, a person whose identify is known to me, After I administered an oath to him, upon his oath, he said:

"My name is RICHARD J. REYNOLDS, III, I am capable of making this affidavit, the facts stated in the affidavit are within my personal knowledge and are true and correct.

 1. All copies of the documents attached to Defendants' Motion to Compel as Exhibits are true and exact copies of the originals.

RICHARD J. REYNOLDS, III

 SWORN TO and SUBSCRIBED before me by RICHARD J. REYNOLDS, III on September 27, 2000.

Notary Public in and for the State of Texas

LYNN CARTER
Notary Public, State of Texas
My Commission Expires 02-23-2003