# CHAMBERS MINUTES

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

Michael N. Milby, Clerk of Court

Law Clerk:      Jessica R Darte

Date:           Nov 6, 2000, 2:00 pm

---

## C.A. NO. B00-068 (FBV)

---

| | | |
|---|---|---|
| ROBERTO L LOZANO | * | Heriberto (Eddie) Medrano |
| VS | | |
| WAYNE BENEKE, Individually and As a Partner of LONG, CHILTON, PAYTE AND HARDIN, L.L.P.; and | * | Richard J Reynolds, III |
| LONG, CHILTON, PAYTE AND HARDIN, L.L.P. | * | |

---

## TELEPHONIC CONFERENCE

A telephonic conference was held with attorneys Medrano and Reynolds.

The parties informed the Court the bankruptcy proceedings are still pending. Therefore, the parties have agreed to stay the case in this court until the bankruptcy judge rules. They expect the bankruptcy judge to rule sometime in the next two months.

A telephonic status conference is set for December 15, 2000, at 2:00 p.m.

The Judge will refrain from ruling on all pending motions until at least December 15th in case such motions should become moot.