/

# CHAMBERS MINUTES

Felix Recio
United States Magistrate Judge
Southern District of Texas,
Brownsville Division

United States District Court
Southern District of Texas
FILED

DEC 1 5 2000

Michael N. Milby
Clerk of Court

Law Clerk:      Jessica R Darte

Date:           Dec 15, 2000, 2:00 pm

---

## C.A. NO. B00-068 (FBV)

---

ROBERTO L LOZANO                              *       Heriberto (Eddie) Medrano
      VS
WAYNE BENEKE, Individually and                *       Richard J Reynolds, III
As a Partner of LONG, CHILTON,
PAYTE AND HARDIN, L.L.P.; and

LONG, CHILTON, PAYTE AND HARDIN, L.L.P. *

---

### TELEPHONIC CONFERENCE

A telephonic conference was held with attorneys Medrano and Reynolds.

The parties informed the Court the bankruptcy proceedings are still pendi[ng]
Therefore, the parties have agreed to stay the case in this court until [the]
bankruptcy judge rules.

A telephonic status conference is set for February 7, 2001, at 2:00 p.m.

The Judge will refrain from ruling on all pending motions until at lea[st]
February 7th in case such motions should become moot.