3212/28629 RJR/mcj 1/8/1
advisory

/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROBERTO L. LOZANO | § | |
| | § | |
| V. | § | |
| | § | |
| WAYNE BENEKE, INDIVIDUALLY AND | § | CIVIL ACTION NO. |
| AS A PARTNER OF LONG, CHILTON, | § | B-00-068 |
| PAYTE AND HARDIN, L.L.P.; AND | § | |
| LONG, CHILTON, PAYTE AND | § | |
| HARDIN, L.L.P. | § | |

## ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME **Wayne Beneke, Individually, and as a Partner of Long, Chilton, Payte & Hardin, L.L.P., and Long, Chilton, Payte & Hardin, L.L.P.**, Defendants in the above styled and numbered cause and make and file this, their Advisory to the Court and in support thereof would show unto the Court as follows:

I.

Previously, on or about August 29, 2000, November 6, 2000 and December 15, 2000, the Court held telephonic status conferences in this matter. During each of those conferences, the Court was advised by counsel for both Plaintiff and Defendants that there was presently pending a motion which would be potentially dispositive of all issues in this case that was pending before the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division in Case No. 96-84360-B-11, styled *In Re: Treasure Hills Investments, N.V., Debtor*. Based upon that advisory, the Court ordered an abatement of all proceedings herein pending the decision of the Bankruptcy Court. At the last telephonic status conference on December 15, 2000, the period of abatement was extended and the Court scheduled its next pretrial telephonic status conference for February 7, 2001

at 2:00 p.m. The purpose of this advisory is to advise the Court that the Bankruptcy Court signed its Order on Motion to Enforce Order Confirming Debtor's Liquidating Plan on December 13, 2000. That Order was, according to the file stamp, entered in the records of the United States Bankruptcy Court for the Southern District of Texas on or about December 22, 2000 and a copy of such Order was received by the undersigned counsel for Defendants on December 27, 2000. A true and correct copy of the Bankruptcy Court's Order (docket number 461 in the bankruptcy proceeding) is attached hereto as Exhibit "A."

Respectfully submitted,

THORNTON, SUMMERS, BIECHLIN,
   DUNHAM & BROWN, L.C.
Airport Center - Suite 300
10100 Reunion Place
San Antonio, Texas 78216-4186
Telephone: (210) 342-5555
Facsimile: (210) 525-0666

BY _____
   Richard J. Reynolds, III
   State Bar No. 16803800
   Attorneys for Defendants
   **Wayne Beneke, Individually, and as a Partner of Long, Chilton, Payte & Hardin, L.L.P., and Long, Chilton, Payte & Hardin, L.L.P.**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the above and foregoing instrument has been properly delivered pursuant to the Texas Rules of Civil Procedure, on the __**8th**__ day of ***January***, 2001, to the following counsel of record:

    Mr. Heriberto "Eddie" Medrano
    HERIBERTO "EDDIE" MEDRANO LAW OFFICES
    1101 West Tyler
    Harlingen, Texas 78550

    _____
    Richard J. Reynolds, III