# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 19 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk O.N. ___

| | | |
|---|---|---|
| ROBERTO L. LOZANO | * | |
| | * | |
| VS | * | C.A. NO. B-00-068 |
| | * | |
| WAYNE BENEKE, ET AL | * | |

# ORDER

The status conference set for February 7, 2001, is hereby **cancelled**.

A hearing on Defendants' Motion for Summary Judgment is hereby set for March 6, 2001, at 2:00 p.m. The Plaintiff shall respond to said Motion on or before February 6, 2001.

DONE at Brownsville, Texas, this 17th day of January 2001.

_____
Felix Recio
United States Magistrate Judge