3212/28629 RJR/mcj 3/1/01
Mot to Con Hearing

18

United States District Court
Southern District of Texas
FILED

MAR 0 2 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERTO L. LOZANO | § § § § | |
| V. | | |
| WAYNE BENEKE, INDIVIDUALLY AND AS A PARTNER OF LONG, CHILTON, PAYTE AND HARDIN, L.L.P.; AND LONG, CHILTON, PAYTE AND HARDIN, L.L.P. | § § § § § § | CIVIL ACTION NO. B-00-068 |

## AGREED MOTION FOR CONTINUANCE
## OF HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID DISTRICT COURT:

Now come the parties and present this their Agreed Motion for Continuance to the Court, and in support thereof would respectfully show unto the Court as follows:

**I.**

The Defendants' Motion for Summary Judgment was originally filed with the Court on August 25, 2000. The Defendants have also filed a Motion to Enforce Order Confirming Debtor's Liquidating Plan with the United States District Bankruptcy Court for the Southern District of Texas, Brownsville Division in Case Number 96-24360-B-11, *In Re: Treasure Hills Investment N.V.* This Motion was filed on or about August 23, 2000. This Court has held two telephonic status conferences on this matter, one on November 6, 2000 and one on December 15, 2000. The Court indicated in those conferences that Defendants' Motion for Summary Judgment would not be heard or ruled upon until the Bankruptcy Court has ruled on the Motion filed in that Court.

On or about December 13, 2000 the Bankruptcy Court entered an Order on Motion to Enforce Order Confirming Debtor's Liquidating Plan granting the Motion to Enforce. When this Court was notified of the ruling by the Bankruptcy Court the current hearing on Defendants' Motion for Summary Judgment was set for March 6, 2001 at 2:00 p.m. Upon Lozano's receipt of the ruling by the Bankruptcy Court, however, he filed a Motion for New Trial and to Alter and Amend Judgment on December 13, 2001. A hearing on that Motion was held on February 7, 2001 and the Bankruptcy Court has taken this matter under advisement.

Since the Motion for New Trial and to Alter and Amend Judgment has not yet been ruled upon, the parties would request that the hearing currently set on Defendants' Motion for Summary Judgment for Tuesday, March 6, 2001 be continued until the Bankruptcy Court has ruled.

## II.

Undersigned counsel has conferred with counsel for Plaintiff regarding the relief requested in this Motion and Plaintiffs' counsel has agreed to the continuance of the hearing on Defendants' Motion for Summary Judgment.

## III.

In addition to the above and foregoing, undersigned counsel is currently involved in a trial in Travis County which is anticipated to last an additional two weeks. Said case is styled, *Scott and Elizabeth Cunningham v. Gutierrez, Mitchell & Colmenero, L.L.P., et al* and filed under Cause No. GNO-00849 in the 201st Judicial District Court of Travis County.

## IV.

For the foregoing reasons, the parties respectfully request that the Court grant the following relief:

1.  That the hearing on Defendants' Motion for Summary Judgment be continued from its present March 6, 2001 date until such a time as the United States Bankruptcy Court has ruled on Lozano's Motion for New Trial and to Alter and Amend Judgment pending in that Court.

WHEREFORE, PREMISES CONSIDERED the parties hereby request that their Agreed Motion For Continuance of Hearing on Defendants' Motion for Summary Judgment be granted and reset after the Motion for New Trial and to Alter and Amend Judgment has been ruled on by the United States Bankruptcy Court.

Respectfully submitted,

THORNTON, SUMMERS, BIECHLIN,
　DUNHAM & BROWN, L.C.
Airport Center - Suite 300
10100 Reunion Place
San Antonio, Texas 78216-4186
Telephone: (210) 342-5555
Facsimile: (210) 525-0666

BY _____   by permission
　Richard J. Reynolds, III
　State Bar No. 16803800
　Attorneys for Defendants
　**Wayne Beneke, Individually, and as a Partner of Long, Chilton, Payte & Hardin, L.L.P., and Long, Chilton, Payte & Hardin, L.L.P.**

- 3 -

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been properly delivered pursuant to the Texas Rules of Civil Procedure, on the **1st** day of **March**, 2001, to the following counsel of record:

    Mr. Heriberto "Eddie" Medrano
    HERIBERTO "EDDIE" MEDRANO LAW OFFICES
    1101 West Tyler
    Harlingen, Texas 78550

_____  by permission
Richard J. Reynolds, III