19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERTO L. LOZANO | § | |
| | § | |
| V. | § | |
| | § | |
| WAYNE BENEKE, INDIVIDUALLY AND | § | CIVIL ACTION NO. |
| AS A PARTNER OF LONG, CHILTON, | § | B-00-068 |
| PAYTE AND HARDIN, L.L.P.; AND | § | |
| LONG, CHILTON, PAYTE AND | § | |
| HARDIN, L.L.P. | § | |

## ORDER

On the date indicated below, came on to be heard the Agreed Motion for Continuance of Hearing on Defendants' Motion for Summary Judgment. The Court, after examining the pleadings and considering the agreement of counsel is of the opinion and finds that the Agreed Motion for Continuance of Hearing on Defendants' Motion for Summary Judgment should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the hearing currently scheduled for March 6, 2001 on Defendants' Motion for Summary judgment is hereby continued until such a time as the United States Bankruptcy Court has ruled on the motion pending in that court.

SIGNED AND ORDERED ENTERED this the 5th day of March, 2001.

_____
Judge Presiding