# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROBERTO L. LOZANO | § | |
| | § | |
| V. | § | |
| | § | |
| WAYNE BENEKE, INDIVIDUALLY AND | § | CIVIL ACTION NO. |
| AS A PARTNER OF LONG, CHILTON, | § | B-00-068 |
| PAYTE AND HARDIN, L.L.P.; AND | § | |
| LONG, CHILTON, PAYTE AND | § | |
| HARDIN, L.L.P. | § | |

## ADVISORY TO THE COURT AND MOTION FOR SUBMISSION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME **Wayne Beneke, Individually, and as a Partner of Long, Chilton, Payte & Hardin, L.L.P., and Long, Chilton, Payte & Hardin, L.L.P.**, Defendants in the above styled and numbered cause and make and file this, their Advisory to the Court and their Motion for Submission of their Motion for Summary Judgment, and in support thereof would show unto the Court as follows:

### I.

Previously, by Order dated 17th day of January, 2001 [docket number 15] the United States Magistrate Judge scheduled a hearing for the submission of Defendants' Motion for Summary Judgment for March 6, 2001. One of the bases for Defendants' Motion was the effect of an Order of the United States Bankruptcy Court for the Southern District of Texas, Brownville Division in *In Re: Treasure Hills Investments NV, Debtor*, Case No. 96-24360-B-11 related to Defendants' Motion to Enforce filed therein.

Plaintiff had, however, filed a Motion for New Trial and to Alter and Amend Judgment seeking to overturn or obtain reconsideration of the Bankruptcy Court's Order on Defendants' Motion to Enforce Order Confirming Debtor's Liquidating Plan and granting the Motion to Enforce. Inasmuch as a hearing was held before the Bankruptcy Court on February 7, 2001 on Plaintiff's Motion for New Trial and inasmuch as the Bankruptcy Court had taken that matter under advisement, the parties hereto filed an Agreed Motion for Continuance of Hearing on Defendants' Motion for Summary Judgment [docket number 18]. On or about the 5th day of March, 2001 this Court entered its Order [docket number 19] continuing the hearing on Defendants' Motion for Summary Judgment "until such a time as the United States Bankruptcy Court has ruled on the motion pending in that Court."

## II.

On or about the 25th day of May, 2001, the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division signed an Order (which was entered among the papers of that cause on May 31, 2001) denying Robert Lozano Lozano's Motion for New Trial and to Alter and Amend Judgment [Bankruptcy Court docket number 486]. A true and correct copy of that Order is attached hereto. As a result of that ruling, the Bankruptcy Court's previous Order on Defendants' Motion to Enforce, which as been filed as part of the summary judgment proof herein [docket number 16], remains valid and in effect.

## III.

In light of the fact that the Bankruptcy Court has now overruled Robert Lozano Lozano's Motion for New Trial and to Alter and Amend Judgment, Defendants hereby request that the Court set a date for submission of Defendants' Motion for Summary Judgment.

WHEREFORE, PREMISES CONSIDERED Defendants move the Court to set a date for submission of their Motion for Summary Judgment.

>Respectfully submitted,
>
>THORNTON, SUMMERS, BIECHLIN,
>    DUNHAM & BROWN, L.C.
>Airport Center - Suite 300
>10100 Reunion Place
>San Antonio, Texas 78216-4186
>Telephone: (210) 342-5555
>Facsimile: (210) 525-0666
>
>BY _____
>    Richard J. Reynolds, III
>    State Bar No. 16803800
>    Attorneys for Defendants
>    **WAYNE BENEKE, INDIVIDUALLY, AND AS A
>    PARTNER OF LONG, CHILTON, PAYTE &
>    HARDIN, L.L.P., AND LONG, CHILTON,
>    PAYTE & HARDIN, L.L.P.**

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been properly delivered pursuant to the Texas Rules of Civil Procedure, on the __14th__ day of *June*, 2001, to the following counsel of record:

>Mr. Heriberto "Eddie" Medrano
>HERIBERTO "EDDIE" MEDRANO LAW OFFICES
>1101 West Tyler
>Harlingen, Texas 78550

_____
Richard J. Reynolds, III

-3-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TREASURE HILLS INVESTMENTS NV | § | Case No. 96-24360-B-11 |
| | § | |
| Debtor | § | |
| | § | |

## ORDER DENYING MOTION FOR NEW TRIAL AND TO ALTER AND AMEND JUDGMENT

On this day it came on for consideration the Motion for New Trial and to Alter and Amend Judgment, filed by Robert Lozano Lozano. The Court, having heard the arguments of counsel, and having reviewed the pleadings and briefs on file herein, finds that the Motion should be denied.

It is therefore ORDERED that the Motion for New Trial and to Alter and Amend Judgment is hereby DENIED.

At Corpus Christi, Texas this 25th day of May, 2001.

RICHARD S. SCHMIDT
Chief United States Bankruptcy Judge



486