21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERTO L. LOZANO | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-00-068 |
| | * | |
| WAYNE BENEKE, ET AL | * | |

## ORDER DENYING MOTION TO COMPEL

On this the 11th day of July 2001, the Court considered Defendants' Motion to Compel Payment for Documents Copied.[1] After a careful review of the Motion, supporting documentation and pleadings, the Court does not find that an agreement existed between the parties for the payment of costs of copying. Accordingly, Defendants' Motion is **DENIED**.

Done at Brownsville, Texas, this 11th day of June 2001.

_____
Felix Recio
United States Magistrate Judge

---

[1] *See* Docket No. 10