United States District Court
Southern District of Texas
ENTERED

JUL 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERTO L. LOZANO | § | |
| | § | |
| V. | § | |
| | § | |
| WAYNE BENEKE, INDIVIDUALLY AND | § | CIVIL ACTION NO. |
| AS A PARTNER OF LONG, CHILTON, | § | B-00-068 |
| PAYTE AND HARDIN, L.L.P.; AND | § | |
| LONG, CHILTON, PAYTE AND | § | |
| HARDIN, L.L.P. | § | |

## ORDER

On the date indicated below, came on to be heard the Defendants' Advisory to the Court and Motion for Submission of Defendants' Motion for Summary Judgment. The Court, after examining the Advisory and Motion is of the opinion and finds that the Defendants' Motion for Summary Judgment should be and hereby is set for submission on the 30th day of August, 2001 at 2:00 o'clock p.m.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendants' Motion for Summary Judgment will be set for submission on the 30th day of August, 2001 at 2:00 o'clock p.m.

SIGNED AND ORDERED ENTERED this the 11th day of July, 2001.

_____
Judge Presiding