



United States District Court
Southern District of Texas
ENTERED

JUL 2 6 2001

Michael N. Milby, Clerk of Ct.
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERTO L. LOZANO | * |
| | * |
| VS | *   CIVIL ACTION NO. B-00-068 |
| | * |
| WAYNE BENEKE, ET AL | * |

## ORDER RESETTING HEARING

The hearing on Defendant's Motion for Summary Judgment, in the above-captioned and numbered cause of action, is hereby reset from August 30, 2001, to **September 12, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this 26th day of July 2001.

_____
Felix Recio
United States Magistrate Judge