24

```
COURTROOM MINUTES:  Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk   :   M Garcia
ERO               :   G Mendieta
Interpreter       :   Sandra Cortez
CSO               :   Davidson
Date              :   September 12, 2001 at 2:00 pm
```

United States District Court
Southern District of Texas
FILED

SEP 12 2001

Michael N. Milby, Clerk of Court

CASE CA NO. B-00-68 (FBV)
Roberto L Lozano                              Heriberto Medrano

VS

Wayne Beneke et al                            Richard J Reynolds III

## DEFT'S MTN FOR SUMMARY JUDGMENT

H Medrano present for the Plaintiff; R Reynolds present for the Defendants; Both attorneys announce ready to proceed;

The Court addresses counsel as to the Deft's Motion for Summary Judgment;

Both counsel present arguments;

Court states that it can not do anything in contradiction to another Court's ruling;

The Court will submit a Report and Recommendation recommending to Judge Vela that the Motion for Summary Judgment be granted;

Court adjourned.