21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERTO L. LOZANO<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-00-68 |
| WAYNE BENEKE, ET AL.,<br>Defendant. | §<br>§<br>§ | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file and the pleadings filed therein, the Magistrate's Report and Recommendation is hereby ADOPTED, and Defendant's Motion for Summary Judgment is hereby GRANTED. This cause of action is hereby DISMISSED.

DONE in Brownsville, Texas on this 4th day of October, 2001.

Filemon B. Vela
United States District Judge

4